UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN COLDWELL,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:15-cv-41

Magistrate Judge Michael J. Newman
(Consent case)

_____

**ORDER: (1) GRANTING THE COMMISSIONER'S UNOPPOSED MOTION FOR THE ENTRY OF JUDGMENT AFFIRMING THE COMMISSIONER'S AWARD OF BENEFITS; AND (2) TERMINATING THIS CASE ON THE DOCKET**
_____

    This Social Security disability benefits appeal is before the undersigned for disposition based upon the parties' consent. Doc. 11. Plaintiff initially appealed this case arguing that the Administrative Law Judge ("ALJ") erred in finding him not "disabled" and therefore unentitled to Disability Insurance Benefits ("DIB"). The undersigned granted Plaintiff's request for a remand pursuant to Sentence Six of 42 U.S.C. § 405(g) and remanded the case to the Commissioner for consideration of new and material evidence. Doc. 12. On remand, the Commissioner found Plaintiff disabled under the Social Security Act ("SSA") since February 17, 2012. *See* doc. 18-1 at PageID 729. The Commissioner now moves, without opposition, for the entry of a judgment affirming the Commissioner's award of benefits.

    For good cause shown, and absent objection, the Commissioner's motion (doc. 18) is **GRANTED**. The Court hereby **AFFIRMS** the Commissioner's decision finding Plaintiff disabled under the SSA since February 17, 2012 and **DIRECTS** the Clerk to: (1) issue a judgment in that regard; and (2) **TERMINATE** this case on the Court's docket.

**IT IS SO ORDERED.**

Date:  February 14, 2017                                s/ Michael J. Newman
                                                                                           Michael J. Newman
                                                                                           United States Magistrate Judge